An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DANIEL DAVID JOHNSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65113

**FILED**

MAY 1 4 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of trafficking in a controlled substance. Ninth Judicial District Court, Douglas County; Michael P. Gibbons, Judge.

The judgment of conviction was entered on January 7, 2014. Because the notice of appeal was filed in the district court on February 10, 2014, four days beyond the relevant appeal period, see NRAP 4(b)(1)(A), and appellant has failed to demonstrate that he delivered the notice of appeal to a prison official for mailing on or before the expiration of the appeal period, see NRAP 4(d); *Kellogg v. Journal Communications*, 108 Nev. 474, 477, 835 P.2d 12, 13 (1992), we conclude that the notice of appeal was not timely filed. Therefore, we lack jurisdiction, see *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

14-15777

cc: Hon. Michael P. Gibbons, District Judge
Matthew D. Ence, Attorney & Counselor at Law
Attorney General/Carson City
Douglas County District Attorney/Minden
Douglas County Clerk
Daniel David Johnson